UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

           Plaintiff,

Case No. 13 - CR 230

[18 U.S.C. §§ 2241(c) and 1153]

NORMAN WILLIAM CORN, JR.,

**Green Bay Division**

           Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

On a date in early June 2013, in the State and Eastern District of Wisconsin and within the exterior boundaries of the Menominee Indian Reservation, an area within the special territorial jurisdiction of the United States,

**NORMAN WILLIAM CORN, JR.,**

a Native American Indian, knowingly engaged in a sexual act with a female child, who had not attained the age of 12 years, to wit, the penetration, however slight, between his penis and the child's vulva; the penetration of, however slight, the child's genital opening by his hand or finger, with the intent to arouse or gratify the sexual desire of any person; and the intentional touching, not through clothing, of the genitalia of the child with the intent to arouse or gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Sections 2241(c) and 1153.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On a date in approximately mid to late June of 2013, in the State and Eastern District of Wisconsin and within the exterior boundaries of the Menominee Indian Reservation, an area within the special territorial jurisdiction of the United States,

**NORMAN WILLIAM CORN, JR.,**

a Native American Indian, knowingly engaged in a sexual act with a female child, who had not attained the age of 12 years, to wit, the contact between his mouth and the child's vulva; the penetration, however slight, between his penis and the child's vulva; the penetration of, however slight, the child's genital opening by his hand or finger, with the intent to arouse or gratify the sexual desire of any person; and the intentional touching, not through clothing, of the genitalia of the child with the intent to arouse or gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Sections 2241(c) and 1153.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On a date during the months of July and August 2013, in the State and Eastern District of Wisconsin and within the exterior boundaries of the Menominee Indian Reservation, an area within the special territorial jurisdiction of the United States,

**NORMAN WILLIAM CORN, JR.,**

a Native American Indian, knowingly engaged in a sexual act with a female child, who had not attained the age of 12 years, to wit, the penetration of, however slight, the child's genital opening by his hand or finger, with the intent to arouse or gratify the sexual desire of any person and the intentional touching, not through clothing, of the genitalia of the child with the intent to arouse or gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Sections 2241(c) and 1153.

A TRUE BILL:

_____
FOREPERSON
Dated: 26 NOV 2013

JAMES L. SANTELLE
United States Attorney